UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-60216-Civ-SCOLA

KRISTINE FURIA,

    Plaintiff,
vs.

THE PLEASURE CRAFT
*CASTLEFINN*, in rem,

    Defendant.
_____/

## ORDER DENYING MOTION TO DISMISS

THIS MATTER is before the Court on the Motion to Dismiss Plaintiff's Verified Complaint [ECF No. 15], filed by Defendant the Pleasure Craft *Castlefin*, in rem.

Defendant contends that the Complaint "contains no separate counts and does [not] provide a clear indication of which theory or theories of law Plaintiff is travelling under," and is otherwise "so disjointed and unclear that it is impossible for Defendant to frame a proper response." Mot. at 1. These arguments lack merit. Upon even a cursory review of the Complaint, it is plain that Plaintiff asserts a single claim for maintenance and cure. Plaintiff, in response to Defendant's Motion to Dismiss, confirms this: "Plaintiff's Verified Complaint does not contain separate counts because it is a one-count complaint," requesting "Plaintiff's employer to make provision for maintenance and cure." Resp. at 3. Clearly, the Complaint gives enough detail and fair notice for the Defendant to craft a responsive pleading. Other specifics and factual details can be learned through the discovery process.

Accordingly, it is hereby **ORDERED and ADJUDGED** that the Defendant's Motion to Dismiss [ECF No. 15] is **DENIED**. The Defendant shall file an Answer by **April 12, 2013**.

**DONE and ORDERED** in chambers, at Miami, Florida, on March 28, 2013.

_____
ROBERT N. SCOLA, JR.
UNITED STATES DISTRICT JUDGE